| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-16776-AMC

| | |
|---|---|
| Asia M. Keomanivanh | Petition Filed Date: 10/30/2019 |
| 2105 S. 21st Street | 341 Hearing Date: 12/20/2019 |
| Philadelphia  PA    19145 | Confirmation Date: 05/06/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2023 | $300.00 | | 09/28/2023 | $300.00 | | 10/30/2023 | $300.00 | |
| 11/29/2023 | $300.00 | | 01/02/2024 | $300.00 | | 01/29/2024 | $300.00 | |
| 02/28/2024 | $300.00 | | 03/28/2024 | $300.00 | | 04/29/2024 | $300.00 | |
| 05/29/2024 | $300.00 | | 06/28/2024 | $300.00 | | 07/29/2024 | $300.00 | |

**Total Receipts for the Period: $3,600.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $17,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Asia M. Keomanivanh | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | SELECT PORTFOLIO SERVICING INC »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CITIZENS BANK NA »» 002 | Unsecured Creditors | $4,000.00 | $391.01 | $3,608.99 |
| 3 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $5,279.21 | $515.89 | $4,763.32 |
| 4 | PHILADELPHIA PARKING AUTHORITY »» 004 | Unsecured Creditors | $1,152.00 | $112.72 | $1,039.28 |
| 5 | AMERICAN EXPRESS NATIONAL BANK »» 006 | Unsecured Creditors | $3,067.71 | $292.83 | $2,774.88 |
| 0 | CIBIK LAW, PC | Attorney Fees | $3,800.00 | $3,800.00 | $0.00 |
| 6 | CAPITAL ONE BANK (USA) NA »» 007 | Unsecured Creditors | $4,584.32 | $448.05 | $4,136.27 |
| 7 | CAPITAL ONE BANK (USA) NA »» 008 | Unsecured Creditors | $10,676.55 | $1,067.90 | $9,608.65 |
| 8 | NAVIENT SOLUTIONS LLC »» 009 | Unsecured Creditors | $6,196.08 | $619.74 | $5,576.34 |
| 9 | NAVIENT SOLUTIONS LLC »» 010 | Unsecured Creditors | $10,446.23 | $1,044.80 | $9,401.43 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC »» 011 | Unsecured Creditors | $13,317.42 | $1,331.99 | $11,985.43 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC »» 012 | Unsecured Creditors | $2,455.27 | $239.87 | $2,215.40 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 013 | Unsecured Creditors | $12,638.27 | $1,264.11 | $11,374.16 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC »» 014 | Unsecured Creditors | $22,662.48 | $2,266.69 | $20,395.79 |

**Chapter 13 Case No. 19-16776-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | DEPARTMENT STORE NATIONAL BANK »» 015 | Unsecured Creditors | $10,341.03 | $1,034.30 | $9,306.73 |
| 15 | CITIBANK NA »» 016 | Unsecured Creditors | $11,143.19 | $1,114.57 | $10,028.62 |
| 16 | LOANCARE SERVICING CENTER »» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,100.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $15,544.47 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,501.50 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $54.03 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.