Certificate Number: 16339-PAE-DE-038815410

Bankruptcy Case Number: 19-16776



16339-PAE-DE-038815410

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 29, 2024, at 12:50 o'clock AM EDT, Asia Keomanivanh completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 29, 2024

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor