United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Asia M. Keomanivanh  
Debtor

Case No. 19-16776-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: Nov 19, 2024 | Form ID: 138OBJ | Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Asia M. Keomanivanh, 2105 S. 21st Street, Philadelphia, PA 19145-3502 |
| 14418117 | + | Bentley Truck Services, Inc,, 7777 Essington Avenue, Philadelphia, PA 19153-3236 |
| 14418131 | + | FedLoan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14418132 | + | First Data Global Leasing, PO Box 173845, Denver, CO 80217-3845 |
| 14418134 | + | Kevin Keomanivanh, 2105 S. 21st Street, Philadelphia, PA 19145-3502 |
| 14415808 | + | LoanCare, LLC as servicer for, Lakeview Loan Servicing, LLC, c/O LAUREN MOYER, McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400 Philadelphia, PA 19109-1060 |
| 14415209 | + | LoanCare, LLC as servicer for Lakeview Loan Servic, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14468592 | + | Office of the Deputy Director, of Finance for Adjudication, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14418137 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14468593 | + | PNC Bank, 1544 Packer Avenue, Philadelphia, PA 19145-5407 |
| 14418138 | + | Paul Chin, 431 W. Lancaster Avenue, Devon, PA 19333-1509 |
| 14418141 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14418142 | + | Saysamone Vongsacda, 2105 S. 21st Street, Philadelphia, PA 19145-3502 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 20 2024 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2024 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14433942 | | Email/PDF: bncnotices@becket-lee.com | Nov 20 2024 00:39:34 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14418116 | + | Email/PDF: bncnotices@becket-lee.com | Nov 20 2024 00:39:42 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14468594 | | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 20 2024 00:29:00 | CCS, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 14428394 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 20 2024 00:28:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14418124 | | Email/Text: megan.harper@phila.gov | Nov 20 2024 00:29:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14418125 | | Email/Text: megan.harper@phila.gov | Nov 20 2024 00:29:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14418118 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 20 2024 00:39:34 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14437165 | + | Email/PDF: ebn_ais@aisinfo.com | | |

Case 19-16776-amc   Doc 56   Filed 11/21/24   Entered 11/22/24 00:41:47   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 19, 2024 | Form ID: 138OBJ | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 20 2024 00:40:13 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14418120 | + | Email/Text: ecf@ccpclaw.com | | |
| | | | Nov 20 2024 00:28:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14448332 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Nov 20 2024 00:39:50 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14418122 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Nov 20 2024 00:39:40 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14418123 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | | Nov 20 2024 00:28:00 | Citizens Auto Finance, 443 Jefferson Blvd, RJW135, Warwick RI 02886-1321 |
| 14418126 | + | Email/Text: bankruptcy@philapark.org | | |
| | | | Nov 20 2024 00:29:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14418127 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | Nov 20 2024 00:28:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 14418128 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Nov 20 2024 00:40:20 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14447497 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Nov 20 2024 00:29:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14418129 | | Email/Text: bankruptcycourts@equifax.com | | |
| | | | Nov 20 2024 00:29:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14418130 | ^ | MEBN | | |
| | | | Nov 20 2024 00:21:42 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14418133 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Nov 20 2024 00:29:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14468591 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Nov 20 2024 00:29:00 | Jefferson Capital, 16 McLeland Rd., Saint Cloud, MN 56303 |
| 14446759 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Nov 20 2024 00:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14418119 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Nov 20 2024 00:40:21 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14429685 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Nov 20 2024 00:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14418135 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Nov 20 2024 00:29:00 | Loan Care Servicing, Attn: Consumer Solutions Dept, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 14449163 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Nov 20 2024 00:29:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14443283 | | Email/PDF: bankruptcy_prod@navient.com | | |
| | | | Nov 20 2024 00:39:20 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14418136 | + | Email/PDF: bankruptcy_prod@navient.com | | |
| | | | Nov 20 2024 00:39:20 | Navient, Attn: Bankruptcy, PO Box 9640, Wiles-Barr, PA 18773-9640 |
| 14418139 | ^ | MEBN | | |
| | | | Nov 20 2024 00:21:53 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14418140 | + | Email/Text: bankruptcy@philapark.org | | |
| | | | Nov 20 2024 00:29:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14418143 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Nov 20 2024 00:38:44 | Synchrony Bank/American Eagle, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14418144 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Nov 20 2024 00:38:54 | Synchrony Bank/Banana Republic, Attn: |

Case 19-16776-amc   Doc 56   Filed 11/21/24   Entered 11/22/24 00:41:47   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 19, 2024 | Form ID: 138OBJ | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14418145 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 20 2024 00:25:45 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14418146 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 20 2024 00:40:17 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14418147 | | Email/Text: DASPUBREC@transunion.com | Nov 20 2024 00:28:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14427517 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 20 2024 00:29:00 | Wells Fargo Bank, National Association, at al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14418121 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14443286 | * | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2024 at the address(es) listed below:

**Name**     **Email Address**

ANDREW M. LUBIN
on behalf of Creditor LoanCare  LLC as servicer for Lakeview Loan Servicing, LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

ANTONIO G. BONANNI
on behalf of Creditor Wells Fargo Bank National Association  as Trustee antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com

BRADLEY JOSEPH OSBORNE
on behalf of Creditor Wells Fargo Bank National Association  as Trustee bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

DANIELLE BOYLE-EBERSOLE
on behalf of Creditor Wells Fargo Bank National Association  as Trustee dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com

MARISA MYERS COHEN
on behalf of Creditor LoanCare  LLC as servicer for Lakeview Loan Servicing, LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MICHAEL A. CIBIK

Case 19-16776-amc   Doc 56   Filed 11/21/24   Entered 11/22/24 00:41:47   Desc Imaged
                            Certificate of Notice   Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 19, 2024 | Form ID: 138OBJ | Total Noticed: 50 |

        on behalf of Debtor Asia M. Keomanivanh help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SARAH K. MCCAFFERY
        on behalf of Creditor Wells Fargo Bank National Association as Trustee smccaffery@pincuslaw.com, ckohn@hoflawgroup.com

SCOTT F. WATERMAN [Chapter 13]
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*Form 138OBJ* (6/24)−doc 54 − 53

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Asia M. Keomanivanh               Case No. 19−16776−amc

Debtor(s).                                  Chapter: 13

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania  
900 Market Street  
Suite 400  
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 19, 2024                                                                         For The Court

                                                                                            Timothy B. McGrath  
                                                                                            Clerk of Court