United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-16776-amc
Asia M. Keomanivanh     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Apr 03, 2025     Form ID: 195     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

**Recip ID**     **Recipient Name and Address**
db     + Asia M. Keomanivanh, 2105 S. 21st Street, Philadelphia, PA 19145-3502

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2025 at the address(es) listed below:**

**Name**     **Email Address**

ANDREW M. LUBIN
    on behalf of Creditor LoanCare LLC as servicer for Lakeview Loan Servicing, LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

ANTONIO G. BONANNI
    on behalf of Creditor Wells Fargo Bank National Association as Trustee antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com

BRADLEY JOSEPH OSBORNE
    on behalf of Creditor Wells Fargo Bank National Association as Trustee bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

DANIELLE BOYLE-EBERSOLE
    on behalf of Creditor Wells Fargo Bank National Association as Trustee dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com

MARISA MYERS COHEN
    on behalf of Creditor LoanCare LLC as servicer for Lakeview Loan Servicing, LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 03, 2025 | Form ID: 195 | Total Noticed: 1 |

MICHAEL A. CIBIK
    on behalf of Debtor Asia M. Keomanivanh help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SARAH K. MCCAFFERY
    on behalf of Creditor Wells Fargo Bank National Association  as Trustee smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Asia M. Keomanivanh                                    : Case No. 19−16776−amc
       Debtor(s)

*ORDER*
_____

    AND NOW, this day , April 2, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Form 195